Seymour Wasserstrum, Esq. SW2734
Law Offices of Seymour Wasserstrum
Attorney at Law
205 W. Landis Avenue
Vineland, NJ 08360
(856) 696-8300
Attorney for Debtor

_____

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

IN RE:  Barbara Calisti                                   Case No: 11-19182/JHW
                                                          Chapter 7

## NOTICE OF MOTION TO REOPEN CHAPTER 7 CASE TO AMEND SCHEDULE F

**HEARING DATE:**  August 4, 2020 at 10:00 a.m.

**To:**  Andrew Sklar
        102 Browning Road
        Building B - Suite 1
        Cherry Hill, NJ 08003

   **ALL CREDITORS**
   (and their counsel – see attached list)

**PLEASE TAKE NOTICE** that on 4th of August 2020 at 10:00 a.m., the undersigned, attorney for Debtor, will make application to this Honorable Court for an Order to Reopen Debtor's Chapter 7 Case to Amend Schedule F.

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the attached Certification of Barbara Calisti, exhibit annexed hereto, the arguments of counsel and such other and further proofs as may be adduced at the hearing hereof.

**PLEASE TAKE FURTHER NOTICE** that the moving party believes that no brief is necessary in support of the within application due to the fact that the matter involves no complex issues of law or fact.

**PLEASE TAKE FURTHER NOTICE** that if you wish to contest the within Motion, you must file opposition with the office of the Clerk of the Bankruptcy Court, and serve the undersigned, 7 days in advance of the aforesaid hearing, your responding papers stating with particularly the basis of your opposition to the within Motion. A copy of the proposed Order which is sought is enclosed with this Motion.

**Dated:  07/09/2020**                                                   **/s/ Seymour Wasserstrum, Esq**
                                                                                                 **Seymour Wasserstrum, Esq.**
                                                                                                 **Attorney for Debtor**